No. 88–5977.　Wrenn v. Thornburgh, Attorney General of the United States, et al.　C. A. 2d Cir.　Motion of petitioner for leave to proceed in forma pauperis denied.　Petitioner

is allowed until February 13, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.